IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 DEC -1 A 11: 07

CLERK
SO. DIST. OF GA.

**IN RE:** Application for Exemption from the Electronic Public Access Fees by **Thien Dong**

**STANDING ORDER MC120** MC122-024

This matter is before the Court upon the application and request by Thien Dong for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Thien Dong as an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Thien Dong has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Thien Dong shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his work related to researching the effect of corporate lawsuits (between start-ups and incorporated firms) on the direction and intensity of the defendant's corporate venturing investment activities in the future.

Thien Dong shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Thien Dong and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Thien Dong agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Thien Dong is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and
5. This exemption is valid until May 31, 2023.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 1ST day of December, 2022.

J. RANDAL HALL
Chief United States District Judge